UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
MICHAEL HUMPHREY,

                        Plaintiff,

      -against-                                         24-cv-9369 (LAK)

RICKY D. HORTON, et ano.,

                        Defendants.
------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge*.

       This action is remanded to the Supreme Court of the State of New York, Bronx County, when it was removed. The amended petition still fails to alleged the citizenship of the plaintiff or of the alleged owner of Logistics Hauling, LLC notwithstanding the fact that this Court cited for counsel's benefit cases making clear that residence in a state is not the same thing as citizenship. The amended petition for removal thus fails adequately to allege subject matter jurisdiction.

       The Clerk shall close the case.

       SO ORDERED.

Dated:       December 18, 2024

                                                              Lewis A. Kaplan
                                                United States District Judge